UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ONE 2001 FORD F150 TRUCK
VIN NO.   2FTZF07391CA84559

Defendant.

_____/

03-80 CIV-PAINE

MAGISTRATE JUDGE
JOHNSON

## COMPLAINT FOR FORFEITURE IN REM

The United States of America, by and through its United States Attorney for the Southern District of Florida, files this complaint for forfeiture in rem.  In support, plaintiff alleges:

1.    This is an action for forfeiture in rem of ONE 2001 FORD F150 TRUCK VIN NO.   2FTZF07391CA84559   ("defendant property").

2.    This civil forfeiture action is brought pursuant to Title 21, United States Code, Section 881 (a)(6) on the grounds that such property was used or intended to be used to facilitate the illegal trafficking of a controlled substance, i.e. cocaine, a Schedule II Controlled Substance as defined in Title 21, United States Code, Sections  802  and  812,  or  are  proceeds  traceable  to  such trafficking.

3.    This Court has subject matter jurisdiction of the action pursuant to Title 28, §1345, §1355, and §1356.

4.   The defendant property was seized within Palm Beach County, Florida.   Thus, venue lies in the United States District Court for the Southern District of Florida, pursuant to Title 28, United States Code, §1395.

5.   The defendant property was seized on or about September 13, 2002, and will remain in this district throughout the pendency of this action.

6.   The defendant property has been appraised at a value of approximately $13,000.

<u>FACTS</u>

7.   During the period April 2002 through September 2002, agents of the Drug Enforcement Administration investigated Alvaro Argueta-Martinez for drug trafficking.   As a result of that investigation  a grand jury in Palm Beach county indicted him for drug trafficking, 02-80172-CR-MARRA.   On September 13, 2002, a search warrant was executed at a residence located at 5966 Forest Hill Boulevard, West Palm Beach, Florida.   At the residence a Ford F-150 truck Vin. No. 2FTZF07391CA84559 belonging to Alvaro Argueta-Martinez was seized.   According to Argueta-Martinez's girlfriend, Monica Garza, the truck was purchased with drug proceeds.   The truck was registered in straw owners names, Armando and Anna Gonzalez to attempt to evade forfeiture.

Argueta-Martinez has been convicted for selling cocaine in the Fifteenth Judicial Circuit, Palm Beach County, Florida on two

previous occasions, August 10, 2000, Case No. 00-2744 CF B02 and August 28, 2000, Case No. 99-3996 CF A02.

8.    The defendant property constitute personal property that is the proceeds of or was used to facilitate narcotics trafficking in violation of Title 21 United States Code §881(a)(6).

9.    By virtue of the foregoing violations the defendant property is forfeit to the United States.

WHEREFORE, plaintiff prays that due process issue to bring the defendant property within the jurisdiction of the Court by arrest; that notice issue to all parties in interest to appear upon the return day of such process and duly intervene herein by claim and plea; that such property be condemned as forfeit to plaintiff; that an order for proper disposal of the same issue; and that the costs of seizure incurred by the United States Marshal's Service be taxed to any party or parties opposing forfeiture.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

MARK W. LESTER
Assistant U.S. Attorney
500 Australian Avenue
West Palm Beach, Florida 33401
Fla. Bar No. 851620
TEL (561) 820-8711
FAX (561) 659-4526

3

VERIFICATION

I, Bryan Bonner, pursuant to and with knowledge of the provisions of 28 U.S.C. §1746, hereby declare that I am a special agent of the United States Drug Enforcement Administration and am one of the agents involved in the investigation which led to the seizure of the defendant property. I have reviewed the foregoing Complaint and do declare that the factual allegations thereof are true and accurate to the best of my knowledge and belief.

_____
Special Agent

02-25-2003
_____
Date

4

JS 44
(Rev. 12/96)

# CIVIL COVER SHEE

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA

## DEFENDANTS

ONE 2001 FORD F150 TRUCK
VIN NO. 2FTZF07391CA84559

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____

(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____

(IN U.S. PLAINTIFF CASES ONLY)

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
United Sates Attorney's Office
500 S. Australian Avenue, Suite 400
West Palm Beach, FL  33401
(561) 820-8711

ATTORNEYS (IF KNOWN)

(d) CIRCLE COUNTY WHERE ACTION AROSE:   DADE,   MONROE,   BROWARD,   PALM BEACH,   MARTIN,   ST. LUCIE,   INDIAN RIVER,   OKEECHOBEE,   HIGHLANDS

## II. BASIS OF JURISDICTION   (PLACE AN "X" IN ONE BOX ONLY)

[X] 1  U.S. Government Plaintiff
[ ] 2  U.S Government Defendant
[ ] 3  Federal Question (U.S. Government Not a Party)
[ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES   (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

[X] 1  Original Proceeding
[ ] 2  Removed from State Court
[ ] 3  Remanded from Appellate Court
[ ] 4  Reinstated or Reopened
[ ] 5  Transferred from another district (specify)
[ ] 6  Multidistrict Litigation
[ ] 7  Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT   (PLACE AN "X" IN ONE BOX ONLY)

| A   CONTRACT | A   TORTS | | FORFEITURE/PENALTY | A   BANKRUPTCY | A   OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B[ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury - Med. Malpractice | B[ ] 620 Other Food & Drug | | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | | B[X] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 423 Withdrawal 28 USC 157 | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | | [ ] 365 Personal Injury - Product Liability | | | B[ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | B[ ] 630 Liquor Laws | **A   PROPERTY RIGHTS** | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' Liability | | B[ ] 640 R.R & Truck | [ ] 820 Copyrights | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| B[ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 340 Marine | **PERSONAL PROPERTY** | B[ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 810 Selective Service |
| B[ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | B[ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 850 Securities/Commodities/Exchange |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | B[ ] 690 Other | | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | **A   LABOR** | **B   SOCIAL SECURITY** | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 892 Economic Stabilization Act |
| **A   REAL PROPERTY** | **A   CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 893 Environmental Matters |
| | | | | [ ] 863 DIWC/DIWW (405(g)) | [ ] 894 Energy Allocation Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting | B[ ] 510 Motions to Vacate Sentence | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 864 SSID Title XVI | [ ] 895 Freedom of Information Act |
| B[ ] 220 Foreclosure | [ ] 442 Employment | **HABEAS CORPUS:** | [ ] 740 Railway Labor Act | [ ] 865 RSI (405(g)) | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | B[ ] 530 General | | **FEDERAL TAX SUITS** | |
| [ ] 240 Torts to Land | | A[ ] 535 Death Penalty | [ ] 790 Other Labor Litigation | A[ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 444 Welfare | B[ ] 540 Mandamus & Other | | A[ ] 871 IRS - Third Party 26 USC 7609 | |
| [ ] 290 All Other Real Property | [ ] 440 Other Civil Rights | B[ ] 550 Civil Rights | A[ ] 791 Empl. Ret. Inc. Security Act | | [ ] 890 Other Statutory Actions A OR B |
| | | B[ ] 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)

Title 21, USC, 881(a)(6)

LENGTH OF TRIAL
via __3__ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   [X] YES   [ ] NO

## VIII. RELATED CASE(S) IF ANY   (See instructions):

JUDGE   Kenneth A. Marra          DOCKET NUMBER   02-80172-CR-MARRA/Snow(s)

DATE   2/21/03

SIGNATURE OF ATTORNEY OF RECORD

### FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

This form was electronically produced by Elite Federal Forms, Inc.